FILED

11/10/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0168

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0168

_____

IN RE THE PARENTING OF
A.J.B., a minor child,

KATIE MARIE THORNTON,

      Petitioner and Appellee,

  and

GREGORY STEVEN BALLARD,

      Respondent and Appellant.

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Mike Menahan, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 10 2021